# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-10166-TPA |
| | : | |
| John Mark Skladanowski and | : | CHAPTER 13 |
| Elaine Ann Skladanowski, | : | |
| Debtors. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

DATES OF ENCLOSED PAYMENT ADVICES:

December 23, 2016 – Husband

January 6, 2017

January 20, 2017

February 3, 2017

February 17, 2017

December 23, 2016 – Wife

January 6, 2017

January 20, 2017

February 3, 2017

February 17, 2017

Next Payment Advice Expected (post-filing):

March 3, 2017 – Husband

March 3, 2017 – Wife

C.B. SKLADANOWSKI, JOHN MARK & ELAINE ANN

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| UGA | 500411 | 040801 | | 0000510937 | 1 |

# Earnings Statement

ADP

U.S. SECURITY ASSOCIATES, INC.
200 MANSELL COURT, SUITE 500
ROSWELL, GA 30076
800-730-9599

Period Beginning: 12/05/2016
Period Ending: 12/18/2016
Pay Date: 12/23/2016

00000000501
**JOHN M SKLADANOWSKI**
**2581 HILLBORN ROAD**
**ERIE PA 16509-0000**

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1927.42 | 80.00 | 1,927.42 | 46,442.46 |
| Car Allowance | | | 138.46 | 3,599.96 |
| Bonus | | | | 9,969.83 |
| Commission | | | | 7,975.65 |
| Holiday | | | | 1,491.64 |
| Incentive Bonus | | | | 1,810.20 |
| Vacation | | | | 1,927.42 |
| **Gross Pay** | | | **$2,065.88** | 73,217.16 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,687.37

**Other Benefits and Information** | this period | total to date
---|---|---
Pto Balance | | 24.00
Sick Balance | | 48.00
Vacation Bal | | 40.00
Emplid | | 500411

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -168.10 | 7,213.27 |
| | Social Security Tax | -104.62 | 3,929.31 |
| | Medicare Tax | -24.47 | 918.95 |
| | PA State Income Tax | -51.80 | 1,945.59 |
| | Erie City Income Tax | -19.91 | 747.81 |
| | PA SUI/SDI Tax | -1.44 | 51.25 |
| | Erie City Local Svc Tax | | 52.00 |
| **Other** | | | |
| | Anthem Lif Post | -1.85 | 48.10 |
| | Anthem Std Post | -2.31 | 60.06 |
| | Anthem Vsn Pre | -6.85* | 178.10 |
| | Dental | -14.23* | 369.98 |
| | Medical Pre | -357.43* | 9,293.18 |
| **Net Pay** | | **$1,312.87** | |
| Checking | | -1,312.87 | |
| **Net Check** | | **$0.00** | |

© 2000 ADP, LLC

U.S. SECURITY ASSOCIATES, INC.
200 MANSELL COURT, SUITE 500
ROSWELL, GA 30076
800-730-9599

Advice number: 00000510937
Pay date: 12/23/2016

THIS IS NOT A CHECK

Deposited to the account of
JOHN M SKLADANOWSKI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9007 | xxxx xxxx | $1,312.87 |

# NON-NEGOTIABLE



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| UGA | 500411 | 040801 | | 0000514090 | 1 |

U.S. SECURITY ASSOCIATES, INC.
200 MANSELL COURT, SUITE 500
ROSWELL, GA 30076
800-730-9599

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:   0
  PA:        N/A

# Earnings Statement



Period Beginning:  12/05/2016
Period Ending:     12/18/2016
Pay Date:          12/23/2016

00000000030
**JOHN M SKLADANOWSKI**
**2581 HILLBORN ROAD**
**ERIE PA 16509-0000**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Commission | | | 347.48 | 8,323.13 |
| Regular | | | | 46,442.46 |
| Bonus | | | | 9,969.83 |
| Car Allowance | | | | 3,599.96 |
| Holiday | | | | 1,491.64 |
| Incentive Bonus | | | | 1,810.20 |
| Vacation | | | | 1,927.42 |
| **Gross Pay** | | | **$347.48** | 73,564.64 |

Your federal taxable wages this period are $347.48

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 24.00 |
| Sick Balance | | 48.00 |
| Vacation Bal | | 40.00 |
| Emplid | | 500411 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -21.54 | 3,950.85 |
| Medicare Tax | | -5.04 | 923.99 |
| PA State Income Tax | | -10.67 | 1,956.26 |
| Erie City Income Tax | | -4.10 | 751.91 |
| PA SUI/SDI Tax | | -0.25 | 51.50 |
| Federal Income Tax | | | 7,213.27 |
| Erie City Local Svc Tax | | | 52.00 |
| **Other** | | | |
| Anthem Lif Post | | | 48.10 |
| Anthem Std Post | | | 60.06 |
| Anthem Vsn Pre | | | 178.10 |
| Dental | | | 369.98 |
| Medical Pre | | | 9,293.18 |
| **Net Pay** | | **$305.88** | |
| Checking | | -305.88 | |
| **Net Check** | | **$0.00** | |

© 2000 ADP, LLC



U.S. SECURITY ASSOCIATES, INC.
200 MANSELL COURT, SUITE 500
ROSWELL, GA 30076
800-730-9599

Deposited to the account of
JOHN M SKLADANOWSKI

Advice number:  00000514090
Pay date:       12/23/2016

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9007 | xxxx xxxx | $305.88 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| UGA | 500411 | 040801 | | 0000010575 | 1 |



U.S. SECURITY ASSOCIATES, INC.
200 MANSELL COURT, SUITE 500
ROSWELL, GA 30076
800-730-9599

# Earnings Statement 

Period Beginning: 12/19/2016
Period Ending: 01/01/2017
Pay Date: 01/06/2017

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

00000000311
**JOHN M SKLADANOWSKI**
**2581 HILLBORN ROAD**
**ERIE PA 16509-0000**

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1927.42 | 72.00 | 1,734.68 | 1,734.68 |
| Car Allowance | | | 138.46 | 138.46 |
| Holiday | 24.0927 | 8.00 | 192.74 | 192.74 |
| **Gross Pay** | | | **$2,065.88** | 2,065.88 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,657.17

## Deductions

### Statutory
| | | |
|---|---|---|
| Federal Income Tax | -162.82 | 162.82 |
| Social Security Tax | -102.74 | 102.74 |
| Medicare Tax | -24.03 | 24.03 |
| PA State Income Tax | -50.88 | 50.88 |
| Erie City Income Tax | -19.55 | 19.55 |
| Erie City Local Svc Tax | -2.00 | 2.00 |
| PA SUI/SDI Tax | -1.45 | 1.45 |

### Other
| | | |
|---|---|---|
| Alifedeppost | -0.55 | 0.55 |
| Ant Sup Lf Post | -19.06 | 19.06 |
| Anthem Add Post | -5.17 | 5.17 |
| Anthem Lif Post | -1.85 | 1.85 |
| Anthem Std Post | -2.31 | 2.31 |
| Anthem Vsn Pre | -6.85* | 6.85 |
| Dental | -14.23* | 14.23 |
| Lng Trm Dis Pst | -31.22 | 31.22 |
| Medical Pre | -387.63* | 387.63 |
| **Net Pay** | **$1,233.54** | |
| Checking | -1,233.54 | |
| **Net Check** | **$0.00** | |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Pto Balance | | 24.00 |
| Sick Balance | | 48.00 |
| Vacation Bal | | 40.00 |
| Emplid | | 500411 |

© 2000 ADP, LLC



U.S. SECURITY ASSOCIATES, INC.
200 MANSELL COURT, SUITE 500
ROSWELL, GA 30076
800-730-9599

Deposited to the account of
JOHN M SKLADANOWSKI

Advice number: 00000010575
Pay date: 01/06/2017

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9007 | xxxx xxxx | $1,233.54 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



| CO | FILE | DEPT | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| UGA | 500411 | 040801 | | 0000030579 | 1 |

# Earnings Statement 

U.S. SECURITY ASSOCIATES, INC.
200 MANSELL COURT, SUITE 500
ROSWELL, GA 30076
800-730-9599

Period Beginning: 01/02/2017
Period Ending: 01/15/2017
Pay Date: 01/20/2017

00000000315
**JOHN M SKLADANOWSKI
2581 HILLBORN ROAD
ERIE PA 16509-0000**

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1927.42 | 72.00 | 1,734.68 | 3,469.36 |
| Car Allowance | | | 138.46 | 276.92 |
| Holiday | 24.0927 | 8.00 | 192.74 | 385.48 |
| **Gross Pay** | | | **$2,065.88** | 4,131.76 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,657.17

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -162.82 | 325.64 |
| | Social Security Tax | -102.75 | 205.49 |
| | Medicare Tax | -24.03 | 48.06 |
| | PA State Income Tax | -50.88 | 101.76 |
| | Erie City Income Tax | -19.55 | 39.10 |
| | Erie City Local Svc Tax | -2.00 | 4.00 |
| | PA SUI/SDI Tax | -1.44 | 2.89 |
| | **Other** | | |
| | Alifedeppost | -0.55 | 1.10 |
| | Ant Sup Lf Post | -19.06 | 38.12 |
| | Anthem Add Post | -5.17 | 10.34 |
| | Anthem Lif Post | -1.85 | 3.70 |
| | Anthem Std Post | -2.31 | 4.62 |
| | Anthem Vsn Pre | -6.85* | 13.70 |
| | Dental | -14.23* | 28.46 |
| | Lng Trm Dis Pst | -31.22 | 62.44 |
| | Medical Pre | -387.63* | 775.26 |
| | **Net Pay** | **$1,233.54** | |
| | Checking | -1,233.54 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 24.00 |
| Sick Balance | | 48.00 |
| Vacation Bal | | 40.00 |
| Emplid | | 500411 |

© 2000 ADP, LLC



U.S. SECURITY ASSOCIATES, INC.
200 MANSELL COURT, SUITE 500
ROSWELL, GA 30076
800-730-9599

Advice number: 00000030579
Pay date: 01/20/2017

Deposited to the account of
JOHN M SKLADANOWSKI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9007 | xxxx xxxx | $1,233.54 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| UGA | 500411 | 040801 | | 0000050591 | 1 |

## Earnings Statement 

U.S. SECURITY ASSOCIATES, INC.
200 MANSELL COURT, SUITE 500
ROSWELL, GA 30076
800-730-9599

Period Beginning:    01/16/2017
Period Ending:       01/29/2017
Pay Date:            02/03/2017

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:    0
  PA:         N/A

00000000320
**JOHN M SKLADANOWSKI**
**2581 HILLBORN ROAD**
**ERIE PA 16509-0000**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2038.96 | 72.00 | 1,835.06 | 5,304.42 |
| Car Allowance | | | 138.46 | 415.38 |
| Holiday | 25.4870 | 8.00 | 203.90 | 589.38 |
| Retro Pay | | | 111.54 | 111.54 |
| **Gross Pay** | | | **$2,288.96** | 6,420.72 |

| Net Check | $0.00 |
|---|---|

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,880.25

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -196.28 | 521.92 |
| | Social Security Tax | -116.57 | 322.06 |
| | Medicare Tax | -27.26 | 75.32 |
| | PA State Income Tax | -57.72 | 159.48 |
| | Erie City Income Tax | -22.19 | 61.29 |
| | Erie City Local Svc Tax | -2.00 | 6.00 |
| | PA SUI/SDI Tax | -1.60 | 4.49 |
| **Other** | | | |
| | Alifedeppost | -0.55 | 1.65 |
| | Ant Sup Lf Post | -19.06 | 57.18 |
| | Anthem Add Post | -5.17 | 15.51 |
| | Anthem Lif Post | -1.85 | 5.55 |
| | Anthem Std Post | -2.31 | 6.93 |
| | Anthem Vsn Pre | -6.85* | 20.55 |
| | Dental | -14.23* | 42.69 |
| | Lng Trm Dis Pst | -31.22 | 93.66 |
| | Medical Pre | -387.63* | 1,162.89 |
| **Net Pay** | | **$1,396.47** | |
| | Checking | -1,396.47 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 24.00 |
| Sick Balance | | 48.00 |
| Vacation Bal | | 40.00 |
| Emplid | | 500411 |

© 2000 ADP, LLC



U.S. SECURITY ASSOCIATES, INC.
200 MANSELL COURT, SUITE 500
ROSWELL, GA 30076
800-730-9599

Advice number:   00000050591
Pay date:        02/03/2017

Deposited to the account of
**JOHN M SKLADANOWSKI**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9007 | xxxx xxxx | $1,396.47 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| UGA | 500411 | 040801 | | 0000070577 | 1 |

U.S. SECURITY ASSOCIATES, INC.
200 MANSELL COURT, SUITE 500
ROSWELL, GA 30076
800-730-9599

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:        0
   PA:           N/A

# Earnings Statement

Period Beginning:  01/30/2017
Period Ending:     02/12/2017
Pay Date:          02/17/2017

00000000309
**JOHN M SKLADANOWSKI**
**2581 HILLBORN ROAD**
**ERIE PA 16509-0000**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2038.96 | 80.00 | 2,038.96 | 7,343.38 |
| Car Allowance | | | 138.46 | 553.84 |
| Commission | | | 306.90 | 306.90 |
| Holiday | | | | 589.38 |
| Retro Pay | | | | 111.54 |
| **Gross Pay** | | | **$2,484.32** | 8,905.04 |

**Net Check**     **$0.00**

\* Excluded from federal taxable wages

Your federal taxable wages this period are $2,075.61

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -135.48 | 657.40 |
| | Social Security Tax | -128.69 | 450.75 |
| | Medicare Tax | -30.10 | 105.42 |
| | PA State Income Tax | -63.72 | 223.20 |
| | Erie City Income Tax | -24.50 | 85.79 |
| | Erie City Local Svc Tax | -4.34 | 10.34 |
| | PA SUI/SDI Tax | -1.74 | 6.23 |
| | **Other** | | |
| | Alifedeppost | -0.55 | 2.20 |
| | Ant Sup Lf Post | -19.06 | 76.24 |
| | Anthem Add Post | -5.17 | 20.68 |
| | Anthem Lif Post | -1.85 | 7.40 |
| | Anthem Std Post | -2.31 | 9.24 |
| | Anthem Vsn Pre | -6.85* | 27.40 |
| | Dental | -14.23* | 56.92 |
| | Lng Trm Dis Pst | -31.22 | 124.88 |
| | Medical Pre | -387.63* | 1,550.52 |
| **Net Pay** | | **$1,626.88** | |
| | Checking | -1,626.88 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 24.00 |
| Sick Balance | | 48.00 |
| Vacation Bal | | 40.00 |
| Emplid | | 500411 |

© 2000 ADP, LLC



U.S. SECURITY ASSOCIATES, INC.
200 MANSELL COURT, SUITE 500
ROSWELL, GA 30076
800-730-9599

Deposited to the account of
**JOHN M SKLADANOWSKI**

Advice number:   00000070577
Pay date:         02/17/2017

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx9007 | xxxx xxxx | $1,626.88 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| UGA | 500608 | 040801 | | 0000510935 | 1 |

# Earnings Statement



**U.S. SECURITY ASSOCIATES, INC.**
200 MANSELL COURT, SUITE 500
ROSWELL, GA 30076
800-730-9599

| | |
|---|---|
| Period Beginning: | 12/05/2016 |
| Period Ending: | 12/18/2016 |
| Pay Date: | 12/23/2016 |

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:   0
   PA:   N/A

**ELAINE A SKLADANOWSKI**
**2581 HILLBORN RD**
**ERIE PA 16509-0000**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.4100 | 80.00 | 1,072.80 | 26,455.28 |
| Holiday | | | | 740.24 |
| Holiday Wkd | | | | 160.92 |
| Personal | | | | 536.40 |
| **Gross Pay** | | | **$1,072.80** | 27,892.84 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 79.50 |
| Emplid | | 500608 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -75.92 | 1,975.08 |
| | Social Security Tax | -66.52 | 1,729.36 |
| | Medicare Tax | -15.56 | 404.45 |
| | PA State Income Tax | -32.93 | 856.19 |
| | Erie City Income Tax | -12.66 | 329.16 |
| | Erie City Local Svc Tax | -2.00 | 52.00 |
| | PA SUI/SDI Tax | -0.75 | 19.52 |
| | **Other** | | |
| | Anthem Lif Post | -1.85 | 48.10 |
| | Anthem Std Post | -2.31 | 60.06 |
| | Lng Trm Dis Pst | -14.27 | 371.02 |
| | **Net Pay** | **$848.03** | |
| | Checking | -848.03 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,072.80

© 2000 ADP, LLC



U.S. SECURITY ASSOCIATES , INC.
200 MANSELL COURT, SUITE 500
ROSWELL , GA  30076
800-730-9599

**Deposited to the account of**
ELAINE A SKLADANOWSKI

| Advice number: | 00000510935 |
|---|---|
| Pay date: | 12/23/2016 |

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9007 | xxxx xxxx | $848.03 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| UGA | 500608 | 040801 | | 0000510936 | 2 |

# Earnings Statement

**ADP**

U.S. SECURITY ASSOCIATES, INC.
200 MANSELL COURT, SUITE 500
ROSWELL, GA 30076
800-730-9599

Period Beginning: 12/05/2016
Period Ending: 12/18/2016
Pay Date: 12/23/2016

Taxable Marital Status:  Married
Exemptions/Allowances:
   Federal:   0
   PA:        N/A

ELAINE A SKLADANOWSKI
2581 HILLBORN RD
ERIE PA 16509-0000

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Xmas Bonus | | | 300.00 | 300.00 |
| Regular | | | | 26,455.28 |
| Holiday | | | | 740.24 |
| Holiday Wkd | | | | 160.92 |
| Personal | | | | 536.40 |
| **Gross Pay** | | | **$300.00** | 28,192.84 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 79.50 |
| Emplid | | 500608 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -75.00 | 2,050.08 |
| | Social Security Tax | -18.60 | 1,747.96 |
| | Medicare Tax | -4.35 | 408.80 |
| | PA State Income Tax | -9.21 | 865.40 |
| | Erie City Income Tax | -3.54 | 332.70 |
| | PA SUI/SDI Tax | -0.21 | 19.73 |
| | Erie City Local Svc Tax | | 52.00 |
| | **Other** | | |
| | Anthem Lif Post | | 48.10 |
| | Anthem Std Post | | 60.06 |
| | Lng Trm Dis Pst | | 371.02 |
| | **Net Pay** | **$189.09** | |
| | Checking | -189.09 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $300.00

© 2000 ADP, LLC.



U.S. SECURITY ASSOCIATES, INC.
200 MANSELL COURT, SUITE 500
ROSWELL, GA 30076
800-730-9599

Advice number: 00000510936
Pay date: 12/23/2016

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ELAINE A SKLADANOWSKI | xxxxx9007 | xxxx xxxx | $189.09 |

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| UGA | 500608 | 040801 | | 0000010574 | 1 |

# Earnings Statement

ADP



U.S. SECURITY ASSOCIATES, INC.
200 MANSELL COURT, SUITE 500
ROSWELL, GA 30076
800-730-9599

Period Beginning: 12/19/2016
Period Ending:   01/01/2017
Pay Date:        01/06/2017

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

**ELAINE A SKLADANOWSKI**
**2581 HILLBORN RD**
**ERIE PA 16509-0000**

### Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.4100 | 72.00 | 965.52 | 965.52 |
| Holiday | 13.4100 | 8.00 | 107.28 | 107.28 |
| **Gross Pay** | | | **$1,072.80** | 1,072.80 |

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Pto Balance | | 84.75 |
| Emplid | | 500608 |

### Deductions

**Statutory**
| | | |
|---|---|---|
| Federal Income Tax | -75.16 | 75.16 |
| Social Security Tax | -66.51 | 66.51 |
| Medicare Tax | -15.56 | 15.56 |
| PA State Income Tax | -32.93 | 32.93 |
| Erie City Income Tax | -12.66 | 12.66 |
| Erie City Local Svc Tax | -2.00 | 2.00 |
| PA SUI/SDI Tax | -0.75 | 0.75 |

**Other**
| | | |
|---|---|---|
| Ant Sup Lf Post | -5.45 | 5.45 |
| Anthem Add Post | -2.04 | 2.04 |
| Anthem Lif Post | -1.85 | 1.85 |
| Anthem Std Post | -2.31 | 2.31 |
| Lng Trm Dis Pst | -17.38 | 17.38 |
| **Net Pay** | **$838.20** | |
| Checking | -838.20 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,072.80

© 2000 ADP, LLC



U.S. SECURITY ASSOCIATES , INC.
200 MANSELL COURT , SUITE 500
ROSWELL , GA  30076
800 - 730 - 9599

Advice number:  00000010574
Pay date:       01/06/2017

Deposited to the account of
**ELAINE A SKLADANOWSKI**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9007 | xxxx xxxx | $838.20 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
CO.   FILE    DEPT.   CLOCK   VCHR. NO.  130
UGA   500608  040801          0000030578  1
```



# Earnings Statement 

U.S. SECURITY ASSOCIATES, INC.
200 MANSELL COURT, SUITE 500
ROSWELL, GA 30076
800-730-9599

| | |
|---|---|
| Period Beginning: | 01/02/2017 |
| Period Ending: | 01/15/2017 |
| Pay Date: | 01/20/2017 |

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:    0
   PA:         N/A

ELAINE A SKLADANOWSKI
2581 HILLBORN RD
ERIE PA 16509-0000

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.4100 | 72.00 | 965.52 | 1,931.04 |
| Holiday | 13.4100 | 8.00 | 107.28 | 214.56 |
| Holiday Wkd | 13.4100 | 8.00 | 107.28 | 107.28 |
| **Gross Pay** | | | **$1,180.08** | 2,252.88 |

Your federal taxable wages this period are $1,180.08

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -91.25 | 166.41 |
| | Social Security Tax | -73.17 | 139.68 |
| | Medicare Tax | -17.11 | 32.67 |
| | PA State Income Tax | -36.23 | 69.16 |
| | Erie City Income Tax | -13.92 | 26.58 |
| | Erie City Local Svc Tax | -2.00 | 4.00 |
| | PA SUI/SDI Tax | -0.83 | 1.58 |
| | **Other** | | |
| | Ant Sup Lf Post | -5.45 | 10.90 |
| | Anthem Add Post | -2.04 | 4.08 |
| | Anthem Lif Post | -1.85 | 3.70 |
| | Anthem Std Post | -2.31 | 4.62 |
| | Lng Trm Dis Pst | -17.38 | 34.76 |
| | **Net Pay** | **$916.54** | |
| | Checking | -916.54 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 90.00 |
| Emplid | | 500608 |

© 2000 ADP, LLC



U.S. SECURITY ASSOCIATES , INC.
200 MANSELL COURT, SUITE 500
ROSWELL , GA  30076
800-730-9599

| | | |
|---|---|---|
| Advice number: | 00000030578 | |
| Pay date: | 01/20/2017 | |

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ELAINE A SKLADANOWSKI | xxxxx9007 | xxxx xxxx | $916.54 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



```
CO.    FILE     DEPT.   CLOCK   VCHR. NO.    130
UGA    500608   040801          0000050590     1
```

U.S. SECURITY ASSOCIATES, INC.
200 MANSELL COURT, SUITE 500
ROSWELL, GA 30076
800-730-9599

# Earnings Statement

Period Beginning: 01/16/2017
Period Ending: 01/29/2017
Pay Date: 02/03/2017

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

**ELAINE A SKLADANOWSKI**
**2581 HILLBORN RD**
**ERIE PA 16509-0000**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.8000 | 72.00 | 993.60 | 2,924.64 |
| Holiday | 13.8000 | 8.00 | 110.40 | 324.96 |
| Holiday Wkd | 13.8000 | 8.00 | 110.40 | 217.68 |
| Retro Pay | | | 31.20 | 31.20 |
| **Gross Pay** | | | **$1,245.60** | 3,498.48 |

Your federal taxable wages this period are $1,245.60

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto Balance | | 95.25 |
| Emplid | | 500608 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -101.08 | 267.49 | |
| Social Security Tax | -77.23 | 216.91 | |
| Medicare Tax | -18.06 | 50.73 | |
| PA State Income Tax | -38.24 | 107.40 | |
| Erie City Income Tax | -14.70 | 41.28 | |
| Erie City Local Svc Tax | -2.00 | 6.00 | |
| PA SUI/SDI Tax | -0.87 | 2.45 | |
| **Other** | | | |
| Ant Sup Lf Post | -5.45 | 16.35 | |
| Anthem Add Post | -2.04 | 6.12 | |
| Anthem Lif Post | -1.85 | 5.55 | |
| Anthem Std Post | -2.31 | 6.93 | |
| Lng Trm Dis Pst | -17.38 | 52.14 | |
| **Net Pay** | | **$964.39** | |
| Checking | | -964.39 | |
| **Net Check** | | **$0.00** | |

© 2000 ADP, LLC



U.S. SECURITY ASSOCIATES, INC.
200 MANSELL COURT, SUITE 500
ROSWELL, GA 30076
800-730-9599

Advice number: 00000050590
Pay date: 02/03/2017

Deposited to the account of
ELAINE A SKLADANOWSKI

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9007 | xxxx xxxx | $964.39 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

 

## Earnings Statement



**U.S. SECURITY ASSOCIATES, INC.**
200 MANSELL COURT, SUITE 500
ROSWELL, GA 30076
800-730-9599

Period Beginning: 01/30/2017
Period Ending: 02/12/2017
Pay Date: 02/17/2017

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 0
 PA: N/A

**ELAINE A SKLADANOWSKI**
**2581 HILLBORN RD**
**ERIE PA 16509-0000**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.8000 | 80.00 | 1,104.00 | 4,028.64 |
| Holiday | | | | 324.96 |
| Holiday Wkd | | | | 217.68 |
| Retro Pay | | | | 31.20 |
| **Gross Pay** | | | **$1,104.00** | 4,602.48 |

Your federal taxable wages this period are $1,104.00

**Other Benefits and Information** | this period | total to date
Pto Balance | | 100.00
Emplid | | 500608

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -79.84 | 347.33 |
| | Social Security Tax | -68.44 | 285.35 |
| | Medicare Tax | -16.01 | 66.74 |
| | PA State Income Tax | -33.89 | 141.29 |
| | Erie City Income Tax | -13.03 | 54.31 |
| | Erie City Local Svc Tax | -2.00 | 8.00 |
| | PA SUI/SDI Tax | -0.77 | 3.22 |
| | **Other** | | |
| | Ant Sup Lf Post | -5.45 | 21.80 |
| | Anthem Add Post | -2.04 | 8.16 |
| | Anthem Lif Post | -1.85 | 7.40 |
| | Anthem Std Post | -2.31 | 9.24 |
| | Lng Trm Dis Pst | -17.38 | 69.52 |
| | **Net Pay** | | **$860.99** |
| | Checking | -860.99 | |
| | **Net Check** | | **$0.00** |

© 2000 ADP, LLC



U.S. SECURITY ASSOCIATES, INC.
200 MANSELL COURT, SUITE 500
ROSWELL, GA 30076
800-730-9599

**Advice number:** 00000070576
**Pay date:** 02/17/2017

Deposited to the account of
**ELAINE A SKLADANOWSKI**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9007 | xxxx xxxx | $860.99 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**