**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 17-10166-TPA |
| | : | |
| John Mark Skladanowski and | : | CHAPTER 13 |
| Elaine Ann Skladanowski, | : | |
| Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| Elaine Ann Skladanowski, | : | |
| Movant, | : | DOCKET NO.: |
| | : | |
| vs. | : | |
| | : | |
| US Security Associates Inc., | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: March 27, 2017                By: /s/ Clarissa Bayhurst
                                           CLARISSA BAYHURST, PARALEGAL
                                           FOSTER LAW OFFICES
                                           Po Box 966
                                           Meadville, PA 16335
                                           Tel 814.724.1165
                                           Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

## MATRIX

US SECURITY ASSOCIATES INC
200 MANSELL COURT
SUITE 500
ROSWELL GA 30076