# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10166-TPA |
| John Mark Skladanowski AND | : | Chapter 13 |
| Elaine Ann Skladanowski, | : | |
| Debtors | : | |
| | : | Related to Document No. 26 |
| John Mark Skladanowski AND | : | |
| Elaine Ann Skladanowski, | : | |
| Movants | : | |
| v. | : | |
| | : | |
| Select Portfolio Servicing, | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I, Anne M. Clement, Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the **Amended Loss Mitigation Order** on the parties listed below.

Executed on: April 21, 2017

By: /s/ Anne M. Clement
ANNE M. CLEMENT
PARALEGAL
FOSTER LAW OFFICES, LLC
P.O. Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

John & Elaine Skladanowski
2581 Hillborn Road
Erie, PA 16509

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165