**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JOHN MARK SKLADANOWSKI | Case No. 17-10166TPA |
| ELAINE ANN SKLADANOWSKI | |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| ERIE COUNTY TAX CLAIM BUREAU* | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| ERIE COUNTY TAX CLAIM BUREAU* | Court claim# /Trustee CID# 4 |
| ERIE COUNTY COURTHOUSE | |
| 140 W 6TH ST RM 110 | |
| ERIE, PA 16501 | |

The Movant further certifies that on 08/23/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
 original creditor
 putative creditor
 counsel for debtor(s)
 counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
JOHN MARK SKLADANOWSKI,
ELAINE ANN SKLADANOWSKI, 2581
HILLBORN ROAD, ERIE, PA  16509

ORIGINAL CREDITOR:
ERIE COUNTY TAX CLAIM BUREAU*,
ERIE COUNTY COURTHOUSE, 140 W
6TH ST RM 110, ERIE, PA  16501

NEW CREDITOR:

DEBTOR'S COUNSEL:
DANIEL P FOSTER ESQ**, FOSTER
LAW OFFICES, PO BOX 966,
MEADVILLE, PA  16335