IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/11/17 2:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In Re: | Bankruptcy No. 17-10166-TPA |
| John Mark Skladanowski AND | Chapter 13 |
| Elaine Ann Skladanowski, | |
| Debtors | |
| | Related to Document No. 46 |
| John Mark Skladanowski AND | |
| Elaine Ann Skladanowski, | |
| Movants | |
| v. | |
| Select Portfolio Servicing, | |
| AND | |
| Ronda J. Winnecour/Esquire | |
| Chapter 13 Trustee, | |
| Respondents | |

### ORDER

A *Loss Mitigation Order* dated June 30, 2017, was entered in the above matter at Document No. 36. On September 29, a ***Motion to Extend the Loss Mitigation Period*** was filed by John Mark Skladanowski and Elaine Ann Skladanowski at Document No. 46.

*AND NOW*, this  11th  day of          October          , 2017, it is hereby ***ORDERED, ADJUDGED AND DECREED*** that the loss mitigation period is *extended up to and including November 10, 2017*.

*[signature]* vas

Thomas P. Agresti,
United States Bankruptcy Judge

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                  Case No. 17-10166-TPA
John Mark Skladanowski                                                  Chapter 13
Elaine Ann Skladanowski
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1           User: dkam                  Page 1 of 1                  Date Rcvd: Oct 11, 2017
                               Form ID: pdf900             Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2017.
db/jdb         +John Mark Skladanowski,   Elaine Ann Skladanowski,   2581 Hillborn Road,   Erie, PA 16509-5809
14367667       +Select Portfolio Servicing, Inc,   Po Box 65250,   Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14367667       +E-mail/Text: jennifer.chacon@spservicing.com Oct 12 2017 01:45:00
                Select Portfolio Servicing, Inc,   Po Box 65250,   Salt Lake City, UT 84165-0250
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2017 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor John Mark Skladanowski dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Joint Debtor Elaine Ann Skladanowski dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt     on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```