## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10166-TPA |
| John Mark Skladanowski AND | : | Chapter 13 |
| Elaine Ann Skladanowski, | : | |
| Debtors | : | |
| | : | Related to Document No. 49 |
| John Mark Skladanowski AND | : | |
| Elaine Ann Skladanowski, | : | |
| Movants | : | Hearing Date and Time: |
| v. | : | November 29, 2017 at 11:00 A.M. |
| | : | |
| Select Portfolio Servicing, | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION TO AUTHORIZE LOAN MODIFICATION**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **November 4, 2017**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **November 29, 2017 at 11:00 A.M.** before the Honorable Judge Thomas P. Agresti at the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: October 20, 2017

Respectfully submitted,

*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158

## CERTIFICATE OF SERVICE

I, Kathryn M. Schwartz, Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION TO AUTHORIZE LOAN MODIFICATION* by US Mail on the parties below.

Executed on: **October 20, 2017**

*By: /s/ Kathryn M. Schwartz*
        Kathryn M. Schwartz, *Paralegal*
        FOSTER LAW OFFICES, LLC
        PO Box 966
        Meadville, PA 16335
        Tel 814.724.1165
        Fax 814.724.1158

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

John & Elaine Skladanowski
2581 Hillborn Road
Erie, PA 16509

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165

KML Law Group
BNY Mellon Independence Center
701 Market Street – Suite 5000
Philadelphia, PA 19106