IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOHN MARK SKLADANOWSKI and : Case No. 17-10166 TPA
ELAINE ANN SKLADANOWSKI :
    *Debtors* : Chapter 13
     :
JOHN MARK SKLADANOWSKI :
and ELAINE ANN SKLADANOWSKI :
    *Movants* : Related to Document No. 49
    v. :
SELECT PORTFOLIO SERVICING :
and RONDA J. WINNECOUR, ESQ., :
TRUSTEE :
    *Respondents* : Hearing: November 8, 2017 at 9:30 A.M.

## ORDER

    ***AND NOW***, this **24th** day of ***October, 2017***, it is hereby **ORDERED, ADJUDGED and DECREED** that the ***Motion to Authorize Loan Modification*** filed by the Debtors at Document No. 49 previously scheduled for November 29, 2017 at 11:00 A.M. in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 has been **RESCHEDULED** to ***November 8, 2017*** at ***9:30 A.M.*** Movant shall upload a copy of this Order to the Portal.

    It is **FURTHER ORDERED** that any Responses to the Motion shall be filed and served on or before ***November 6, 2017***.

                              _____ vas
                               Thomas P. Agresti, Judge
                               United States Bankruptcy Court

Case Administrator to serve:
    Debtors
    Daniel P. Foster, Esq.
    KML Law Group
    Select Portfolio Servicing
    Ronda J. Winnecour, Esq., Ch 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John Mark Skladanowski  
Elaine Ann Skladanowski  
     Debtors

Case No. 17-10166-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: lfin     Page 1 of 1     Date Rcvd: Oct 24, 2017  
                Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2017.  
db/jdb       +John Mark Skladanowski,    Elaine Ann Skladanowski,    2581 Hillborn Road,    Erie, PA 16509-5809  
               +KML Law Group,    BNY Mellon Independence Center,    701 Market Street Suite 5000,  
                Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14367667      +E-mail/Text: jennifer.chacon@spservicing.com Oct 25 2017 01:17:03  
                Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250  
                                                                                                                    TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2017 at the address(es) listed below:  
        Daniel P. Foster    on behalf of Debtor John Mark Skladanowski dan@mrdebtbuster.com,  
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        Daniel P. Foster    on behalf of Joint Debtor Elaine Ann Skladanowski dan@mrdebtbuster.com,  
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com  
        James Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                         TOTAL: 5