# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10166-TPA |
| John Mark Skladanowski AND | : | Chapter 13 |
| Elaine Ann Skladanowski, | : | |
| Debtors | : | |
| | : | Related to Document No. _49_ |
| John Mark Skladanowski AND | : | |
| Elaine Ann Skladanowski, | : | |
| Movants | : | |
| v. | : | |
| | : | |
| Select Portfolio Servicing, | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO AUTHORIZE LOAN MODIFICATION

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the **MOTION TO AUTHORIZE LOAN MODIFICATION**, filed on October 20, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than November 6, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: November 7, 2017

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
P.O. Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtors

## **CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Certificate of No Objection Regarding MOTION TO AUTHORIZE LOAN MODIFICATION**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: **November 7, 2017**

*By: /s/ Kathryn M. Schwartz*
KATHRYN SCHWARTZ
PARALEGAL
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov

John & Elaine Skladanowski
2581 Hillborn Road
Erie, PA 16509

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 84165