**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **BANKRUPTCY CASE NO. 17-10166-TPA** |
| | : | |
| **John Mark Skladanowski and** | : | **CHAPTER 13** |
| **Elaine Ann Skladanowski,** | : | |
| Debtors, | : | |
| _____ | : | **DOCKET NO.:** |
| **John Mark Skladanowski and** | : | |
| **Elaine Ann Skladanowski,** | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Clarissa Bayhurst, Head Paralegal of Foster Law Offices, certify under penalty of perjury that I served the **Amended Chapter 13 Plan and Order** on the parties listed below by First Class Pre-paid United States mail.

Date Served: <u>November 29, 2017</u>

Respectfully submitted,
<u>/s/ Clarissa Bayhurst</u>
Clarissa Bayhurst
Head Paralegal
Foster Law Offices
PO Box 966
Meadville, PA 16335
Tel: (814) 724-1165
Fax: (814) 724-1158

MAILING MATRIX

Americo Federal Credit Union
4101 Main Street
Erie, PA 16511-1967

Associated Clinical Laboratories
PO Box 71312
Philadelphia, PA 19176-1312

Cavalry Spv I, LLC
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

(p)COLLECTION SERVICE CENTER INC BUTLER PA
PO BOX 1623
BUTLER PA 16003-1623

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193-8873

Creditech / Cbalv
Attn: Collections
Po Box 99
Bangor, PA 18013-0099

DLJ Mortgage Capital, Inc.
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Erie County Tax Claim Bureau
140 West 6th Street
Room 110
Erie, PA 16501-1073

Flagship Credit Acceptance
PO BOX 3807
COPPELL TX 75019-4354

Flagship Credit Acceptance
Po Box 965
Chadds Ford, PA 19317-0643

LVNV Funding, LLC its successors and assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Medicor Associates Inc
104 East 2nd Street
2nd Floor
Erie, PA 16507-1532

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

OneMain
Attn: Bankruptcy
601 NW 2nd Street
Evansville, IN 47708-1013

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(p)PATHOLOGY ASSOCIATES OF ERIE
5700 SOUTHWYCK BLVD
TOLEDO OH 43614-1509

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Portfolio Recovery Associate, LLC
PO Box 41067
Norfolk, VA 23541-1067

AES
1200 North 7th Street
Harrisburg, PA 17102-1419

AMCA
PO Box 1235
Elmsford, NY 10523-0935

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Credit Management Company
2121 Noblestown Road
PO Box 16346
Pittsburgh, PA 15242-0346

Ctech Collection
5505 Nesconset Highway
Mount Sinai, NY 11766-2037

Fingerhut
6250 Ridgewood Road
St Cloud, MN 56303-0820

ONEMAIN FINANCIAL
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

Penn Credit Corporation
Attn: Bankruptcy
Po Box 988
Harrisburg, PA 17108-0988

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Regional Finance Corporation
550 Ohio Pike
Unit F
Cincinnati, OH 45255-3472

John Mark Skladanowski
Elaine Ann Skladanowski
2581 Hillborn Road
Erie, PA 16509-5809

UPMC Hamot
PO Box 1123
Minneapolis, MN 55440-1123

US DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

Select Portfolio Servicing, Inc
Po Box 65250
Salt Lake City, UT 84165-0250

UPMC Community Medicine
PO Box 1123
Minneapolis, MN 55440-1123

UPMC Health Services
PO Box 371472
Pittsburgh, PA 15250-7472

University of Pittsburgh Physicians
PO Box 1123
Minneapolis, MN 55440-1123

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

UPMC Hamot
201 State Street
Erie, PA 16550-0001

UPMC Physician Services
PO Box 382046
Pittsburgh, PA 15250-0001

Us Department Of Education
Great Lakes Higher Education
Attn: Bankruptcy
2401 International Lane
Madison, WI 53704-3192