FILED
1/11/18 1:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor: John Mark and Elaine Ann Skladanowski
Case Number: 17-10166                     Chapter: 13
Date / Time / Room:  January 9, 2018 at 10:00 a.m., Bankruptcy Courtroom
Hearing Officer:  CHAPTER 13 TRUSTEE

### *Matter:*        #58 - Amended Plan dated 11/22/17 (NFC)

### *Appearances:*

Debtor:        *Foster*
Trustee:        Winnecour / Katz / Pail
Creditor:

*Question about proposed reduction in plan payment given budget — continued for counsel review. If an issue — counsel to file amended I & J.*

### *Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective
_____.
7. ___✓___ Plan/Motion continued to __3/13/18__ at __2:00 pm__.  *& means cont*
8._____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
         Objections are due on or before _____ .
         A hearing on the Amended Plan is set for _____ at _____.

9. _____ Other:

### *For Judge Agresti cases:*
Student Loan Debt:   If the pro rata or timing of the proposed plan payment on student loan debt differs in
any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate
treatment:_____
_____