## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOHN MARK SKLADANOWSKI
ELAINE ANN SKLADANOWSKI
                    Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,
                    Movant
                    vs.
DLJ MORTGAGE CAPITAL

                    Respondents

Case No. 17-10166TPA

Chapter 13

Document No __

### NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 0166.

Regular mortgage payments are currently being directed to the following creditor at the following address:

DLJ MORTGAGE CAPITAL
C/O SELECT PORTFOLIO SVCNG*
POB 65450*
SALT LAKE CITY,UT 84165

Movant has been requested to send payments to:
DLJ MORTGAGE CAPITAL
C/O SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274
0019410166

The Chapter 13 Trustee's CID Records of DLJ MORTGAGE CAPITAL have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 3/27/2018.

cc:      Debtor
          Original creditor
          Putative creditor
          Debtor's Counsel

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
JOHN MARK SKLADANOWSKI,
ELAINE ANN SKLADANOWSKI, 2581
HILLBORN ROAD, ERIE, PA  16509

ORIGINAL CREDITOR:
DLJ MORTGAGE CAPITAL, C/O
SELECT PORTFOLIO SVCNG*, POB
65450*, SALT LAKE CITY, UT  84165

ORIGINAL CREDITOR'S COUNSEL:
JAMES C WARMBRODT ESQ, KML
LAW GROUP PC, 701 MARKET ST STE
5000, PHILADELPHIA, PA  19106

NEW CREDITOR:
DLJ MORTGAGE CAPITAL
C/O SHELLPOINT MORTGAGE
SERVICING
PO BOX 740039
CINCINNATI OH 45274

DEBTOR'S COUNSEL:
DANIEL P FOSTER ESQ**, FOSTER
LAW OFFICES, PO BOX 966,
MEADVILLE, PA  16335

:
SELECT PORTFOLIO SERVICING**,
BANKRUPTCY NOTICES**, POB
65250, SALT LAKE CITY, UT  84165