**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 17-10166-TPA |
| | : | |
| John Mark Skladanowski and | : | Chapter 13 |
| Elaine Ann Skladanowski, | : | |
| Debtors, | : | |
| | : | Docket No: |
| John Mark Skladanowski and | : | |
| Elaine Ann Skladanowski, | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON**
**MOTION TO AUTHORIZE FINANCING**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **July 19, 2018**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **August 16, 2018 at 9:30am** before Judge Thomas P. Agresti, in Bankruptcy Courtroom, Unites State Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>July 2, 2018</u>

    Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

Case 17-10166-TPA    Doc 79    Filed 07/02/18    Entered 07/02/18 16:25:02    Desc Main
Document      Page 2 of 5

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the MOTION TO AUTHORIZE FINANCING and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **July 2, 2018**    *By: /s/ Clarissa Bayhurst*
Clarissa Bayhurst, PARALEGAL
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Americo Federal Credit Union
4101 Main Street
Erie, PA 16511-1967

Cavalry Spv I, LLC
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193-8873

DLJ Mortgage Capital, Inc.
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Flagship Credit Acceptance
PO BOX 3807
COPPELL TX 75019-4354

LVNV Funding, LLC its successors and assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

PRA Receivables Management, LLC
claims@recoverycorp.com

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

AES
1200 North 7th Street
Harrisburg, PA 17102-1419
Associated Clinical Laboratories
PO Box 71312
Philadelphia, PA 19176-1312

(p)COLLECTION SERVICE CENTER INC BUTLER PA
PO BOX 1623
BUTLER PA 16003-1623

Creditech / Cbalv
Attn: Collections
Po Box 99
Bangor, PA 18013-0099

Erie County Tax Claim Bureau
140 West 6th Street
Room 110
Erie, PA 16501-1073

Flagship Credit Acceptance
Po Box 965
Chadds Ford, PA 19317-0643

Medicor Associates Inc
104 East 2nd Street
2nd Floor
Erie, PA 16507-1532

OneMain
Attn: Bankruptcy
601 NW 2nd Street
Evansville, IN 47708-1013

(p)PATHOLOGY ASSOCIATES OF ERIE
5700 SOUTHWYCK BLVD
TOLEDO OH 43614-1509

Portfolio Recovery Associate, LLC
PO Box 41067
Norfolk, VA 23541-1067

AMCA
PO Box 1235
Elmsford, NY 10523-0935

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Credit Management Company
2121 Noblestown Road
PO Box 16346
Pittsburgh, PA 15242-0346

Ctech Collection
5505 Nesconset Highway
Mount Sinai, NY 11766-2037

Fingerhut
6250 Ridgewood Road
St Cloud, MN 56303-0820

ONEMAIN FINANCIAL
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

Penn Credit Corporation
Attn: Bankruptcy
Po Box 988
Harrisburg, PA 17108-0988

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Regional Finance Corporation
550 Ohio Pike
Unit F
Cincinnati, OH 45255-3472

John Mark Skladanowski
Elaine Ann Skladanowski
2581 Hillborn Road
Erie, PA 16509-5809

UPMC Hamot
PO Box 1123
Minneapolis, MN 55440-1123

US DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Select Portfolio Servicing, Inc
Po Box 65250
Salt Lake City, UT 84165-0250

UPMC Community Medicine
PO Box 1123
Minneapolis, MN 55440-1123

UPMC Health Services
PO Box 371472
Pittsburgh, PA 15250-7472

University of Pittsburgh Physicians
PO Box 1123
Minneapolis, MN 55440-1123

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

UPMC Hamot
201 State Street
Erie, PA 16550-0001

UPMC Physician Services
PO Box 382046
Pittsburgh, PA 15250-0001

Us Department Of Education
Great Lakes Higher Education
Attn: Bankruptcy
2401 International Lane
Madison, WI 53704-3192