# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | John Mark and Elaine Ann Skladanowski |
|---|---|
| CASE NO. | 17-10166-TPA |
| RELATED TO DOCUMENT NO. | 83 |

## NOTICE REGARDING NONCONFORMING DOCUMENT

The Transfer of Claim Other Than for Security Re: Proof of Claim No. 16 that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The name of the Transferee on the Transfer of Claim does not match the name of the Transferee as entered in CM/ECF.

Proof of Claim No. 16 has been transferred back to the original claimant, DLJ Mortgage Capital, Inc., to allow you to file the Transfer of Claim correctly. You must file a Transfer of Claim No. 16 within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

September 4, 2018                                By:    Connie Ulysse
Date                                                                  Deputy Clerk

Copy sent to: Debtors, Debtors' Counsel, Ronda J. Winnecour, Esq., James Warmbrodt, Esq. and AIS Data Services, Attn: Ashish Rawat, 1212 Corporate Drive, Suite 400, Irving, TX 75038

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 17-10166-TPA
John Mark Skladanowski                                              Chapter 13
Elaine Ann Skladanowski
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: culy                  Page 1 of 1               Date Rcvd: Sep 04, 2018
                               Form ID: pdf901             Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2018.
db/jdb         +John Mark Skladanowski,   Elaine Ann Skladanowski,   2581 Hillborn Road,   Erie, PA 16509-5809
cr              Shellpoint Mortgage Servicing,   P.O. Box 10675,   Greenville, SC  29603-0675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
               +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 05 2018 02:09:55      AIS Data Services,
                 Attn: Ashish Rawat,   1212 Corporate Drive, Ste. 400,   Irving, TX 75038-2704
                                                                                                 TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2018                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2018 at the address(es) listed below:
         Daniel P. Foster    on behalf of Debtor John Mark Skladanowski dan@mrdebtbuster.com,
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         Daniel P. Foster    on behalf of Joint Debtor Elaine Ann Skladanowski dan@mrdebtbuster.com,
          clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
         James Warmbrodt     on behalf of Creditor   DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5