2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-10166-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

John Mark Skladanowski
2581 Hillborn Road
Erie PA 16509

Elaine Ann Skladanowski
2581 Hillborn Road
Erie PA 16509

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/21/2018.

Name and Address of Alleged Transferor(s):

Claim No. 16: DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250

Name and Address of Transferee:

Wilmington Savings Fund Society
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    09/26/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 17-10166-TPA
John Mark Skladanowski                                          Chapter 13
Elaine Ann Skladanowski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lfin          Page 1 of 1          Date Rcvd: Sep 24, 2018
                             Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14672081        E-mail/Text: jennifer.chacon@spservicing.com Sep 25 2018 02:37:36
                DLJ Mortgage Capital, Inc.,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                Salt Lake City, UT 84165-0250
                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2018 at the address(es) listed below:
        Daniel P. Foster    on behalf of Debtor John Mark Skladanowski dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Daniel P. Foster    on behalf of Joint Debtor Elaine Ann Skladanowski dan@mrdebtbuster.com,
         clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        James  Warmbrodt    on behalf of Creditor   DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 5