**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/14/2021

IN RE:

| | |
|---|---|
| JOHN MARK SKLADANOWSKI<br>ELAINE ANN SKLADANOWSKI<br>2581 HILLBORN ROAD<br>ERIE, PA 16509<br>XXX-XX-5352          Debtor(s)<br><br>XXX-XX-5645 | Case No.17-10166 TPA<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/14/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DISNEY/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 3196/PRAE |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SELECT PORTFOLIO SVCNG/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICO FCU**<br>4101 MAIN ST<br>ERIE, PA  16511 | Trustee Claim Number:3  INT %: 5.00%<br>Court Claim Number:<br>CLAIM: 16,634.00<br>COMMENT: $@5%MDF/PL*PMT/CONF | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7187 |
| **ERIE COUNTY TAX CLAIM BUREAU***<br>ERIE COUNTY COURTHOUSE<br>140 W 6TH ST RM 110<br>ERIE, PA  16501 | Trustee Claim Number:4  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 2582.15@9%/PL*16/SCH-PL*PIF/CRED | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3512 |
| **FLAGSHIP CREDIT ACCEPTANCE**<br>PO BOX 975658<br>DALLAS, TX  75397 | Trustee Claim Number:5  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 0.00<br>COMMENT: 1001/SCH*SURR/PL*14022.66/CL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5352 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TF**<br>C/O SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC  29603-0675 | Trustee Claim Number:6  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 0.00<br>COMMENT: FINAL LOAN MOD/OE @ CID 33*BGN 3/17*FR DLJ-DOC 83,88 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 8074 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:7  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 15,799.86<br>COMMENT: 0001/SCH*AMERICO FCU*FR PHEAA-DOC 67 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5645 |
| **AES (AMERICAN EDUCATION SRVCS)**<br>1200 N SEVENTH ST 2ND FL*<br>ATTN DDB TEAM<br>HARRISBURG, PA  17104-1444 | Trustee Claim Number:8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0002 |
| **AMERICO FCU**<br>4101 MAIN ST<br>ERIE, PA  16511 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 5,090.63<br>COMMENT: 6658/SCH*PII ISSUE!~LTR DONE*2014 LOAN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5352 |
| **ASSOCIATED CLINICAL LAB**<br>1526 PEACH STREET<br>ERIE, PA  16507 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8015 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **ASSOCIATED CLINICAL LAB**<br>1526 PEACH STREET<br><br>ERIE, PA 16507 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3428 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 3,665.33<br>COMMENT: CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3781 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 2,370.99<br>COMMENT: CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3953 |
| **CAVALRY SPV I LLC - ASSIGNEE\*\***<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br>TUSCON, AZ 85715 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 1,205.22<br>COMMENT: 6554/SCH\*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4960 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PATHOLOGY ASSOC OF ERIE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: PNUI |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 875.79<br>COMMENT: CREDIT ONE BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1193 |
| **MEDICOR ASSOCIATES INC**<br>3330 PEACH ST STE 203<br><br>ERIE, PA 16508-2772 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5007 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 22,311.16<br>COMMENT: FR ONE MAIN-DOC 43\*NO LAST PMT DT~RQSTD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6919 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 7,469.80<br>COMMENT: FR ONE MAIN-DOC 71\*2016 LOAN | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2814 |
| **UPMC HAMOT**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 2,098.69<br>COMMENT: 2229~PENN CRDT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5352 |

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **UPMC COMMUNITY MEDICINE**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 678.81<br>COMMENT: 1276/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5352 |
| **UNIVERSITY OF PITTSBURGH PHYSICIANS**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 11 | CLAIM: 138.56<br>COMMENT: 4654/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5352 |
| **UNITED STATES DEPARTMENT OF EDUCATION**<br>C/O GREAT LAKES EDUCATIONAL LOAN SVCS I<br>PO BOX 790321<br>ST LOUIS, MO 63179-0321 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 6-2 | CLAIM: 51,936.21<br>COMMENT: 2581/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5645 |
| **AMERICAN MEDICAL COLLECTION AGENCY++**<br>4 WESTCHESTER PLAZA<br>STE 110<br>ELMSFORD, NY 10523 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PATHOLOGY ASSOCIATES OF ERIE**<br>5700 SOUTHWYCK BLVD<br>TOLEDO, OH 43614 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **UPMC++**<br>C/O POWELL ROGERS & SPEAKS<br>POB 930*<br>HALIFAX, PA 17032 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: HAMOT/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PAULA SKLADANOWSKI**<br>14555 MADISON AVE APT 306<br>LAKEWOOD, OH 44107 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TF**<br>C/O SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603-0675 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 16 | CLAIM: 0.00<br>COMMENT: FINAL LOAN MOD @ CID 33*SEE CID 30,33*THRU 2/17*FR DLJ-DOC 83,88 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8074 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TF**<br>C/O SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603-0675 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 16 | CLAIM: 4,533.92<br>COMMENT: FINAL LOAN MOD @ CID 33*PMT/INT TRIAL LN MOD*BGN 8/17*W/6,29,33*FR DLJ-D | CRED DESC: MORTGAGE REGULAR PAYME<br>ACCOUNT NO.: 8074 |

| CLAIM RECORDS | | |
|---|---|---|
| **UPMC HAMOT** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:12 | ACCOUNT NO.:  5645 |
| PO BOX 1123 | CLAIM:  879.87 | |
| MINNEAPOLIS, MN  55440 | COMMENT:  NT/SCH | |
| **UPMC COMMUNITY MEDICINE** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:13 | ACCOUNT NO.:  5645 |
| PO BOX 1123 | CLAIM:  127.22 | |
| MINNEAPOLIS, MN  55440 | COMMENT:  NT/SCH | |
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TF** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYME |
| C/O SHELLPOINT MORTGAGE SERVICING | Court Claim Number:16-2 | ACCOUNT NO.:  8074 |
| PO BOX 10826 | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0675 | COMMENT:  PMT/CL-LOAN MOD OE-PL*868.01 X (52+2)=LMT*BGN 11/17*FR DLJ MORTGAGE-DC | |

Case 17-10166-TPA    Doc 106    Filed 04/14/21    Entered 04/14/21 13:41:44    Desc
Page 6 of 6