SERVICE BY ELECTRONIC NOTIFICATION VIA CM /ECF AND NOT OTHERWISE SERVED PURSUANT TO THE REQUEST OF THE TRUSTEE:

Ronda J. Winnecour, Esquire
Chapter 13 Standing Trustee, WD of PA
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the US Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

SERVICE BY ELECTRONIC NOTIFICATION:

Daniel P. Foster, Esquire
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
dan@mrdebtbuster.com

SERVICE BY REGULAR MAIL, POSTAGE PREPAID:

John Mark Skladanowski
Elaine Ann Skladanowski
2581 Hillborn Road
Erie, PA 16509