IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| John Mark Skladanowski and | : | Case No.: 17-10166-TPA |
| Elaine Ann Skladanowski, | : | |
| Debtors | : | Chapter 13 |
| | : | |
| Americo Federal Credit, | : | Related to Claim No. 3 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| John Mark Skladanowski and | : | |
| Elaine Ann Skladanowski, | : | |
| Debtors | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, | : | |
| Trustee, | : | |

**CERTIFICATE OF SERVICE OF ORDER ON REQUEST**
**TO RESTRICT PUBLIC ACCESS TO CLAIM**

    I, EDWIN W. SMITH, ESQUIRE, certify under penalty of perjury, that I served the above captioned pleading on the parties at the addresses specified either below or on the attached list, on April 27, 2021,

    The method of service made on the parties: AS STATED ON THE ATTACHED SHEET

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notification will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail".

Executed on: April 27, 2021

        Respectfully submitted,

        MARSH SCHAAF, LLP

By: /s/  Edwin W. Smith, Esq.
    300 State Street
    Erie, PA 16507
    Phone: (814) 456-5301
    Fax: (814) 456-1112
    E-mail: esmith@marshlaw.com
    PA ID 41102

SERVICE BY ELECTRONIC NOTIFICATION VIA CM /ECF AND NOT OTHERWISE SERVED PURSUANT TO THE REQUEST OF THE TRUSTEE:

Ronda J. Winnecour, Esquire
Chapter 13 Standing Trustee, WD of PA
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the US Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov


SERVICE BY ELECTRONIC NOTIFICATION:

Daniel P. Foster, Esquire
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
dan@mrdebtbuster.com


SERVICE BY REGULAR MAIL, POSTAGE PREPAID:

John Mark Skladanowski
Elaine Ann Skladanowski
2581 Hillborn Road
Erie, PA 16509