Certificate Number: 03088-PAW-DE-036415480

Bankruptcy Case Number: 17-10166



03088-PAW-DE-036415480

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 21, 2022, at 2:16 o'clock PM CDT, John M Skladanowski completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: March 21, 2022          By:   /s/Doug Tonne

                              Name: Doug Tonne

                              Title: Counselor