Certificate Number: 03088-PAW-DE-036415479

Bankruptcy Case Number: 17-10166



03088-PAW-DE-036415479

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on <u>March 21, 2022</u>, at <u>2:16</u> o'clock <u>PM CDT</u>, <u>Elaine A Skladanowski</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>March 21, 2022</u>          By:    <u>/s/Doug Tonne</u>

                                    Name:  <u>Doug Tonne</u>

                                    Title: <u>Counselor</u>