IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10166-TPA |
| | : | |
| **John Mark Skladanowski and,** | : | |
| **Elaine Ann Skladanowski,** | : | |
| Debtors, | : | |
| | : | **Chapter 13** |
| **John Mark Skladanowski and,** | : | |
| **Elaine Ann Skladanowski,** | : | |
| Movants, | : | |
| v. | : | Docket No. 126 |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13, Trustee, | : | |
| Respondent. | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On March 21, 2022, at docket numbers 117 & 118, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated:  May 26, 2022                    /s/ Daniel P. Foster, Esquire
                                        Daniel P. Foster
                                        PA I.D. # 92376
                                        Foster Law Offices
                                        1210 Park Avenue
                                        Meadville, PA 16335
                                        Phone: 814.724.1165
                                        Fax: 814.724.1158
                                        Email: dan@mrdebtbuster.com
                                        Attorney for Debtor

**PAWB Local Form 24 (07/13)**