Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **John Mark Skladanowski** | : | Case No. 17−10166−TPA |
| **Elaine Ann Skladanowski** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 124 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 7/27/22 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 25th of May, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 124 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) *On or before July 11, 2022*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on *July 27, 2022 at 12:00 PM* in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(4) If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
John Mark Skladanowski  
Elaine Ann Skladanowski  
    Debtors

Case No. 17-10166-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3  
Date Rcvd: May 25, 2022      Form ID: 300a      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Mark Skladanowski, Elaine Ann Skladanowski, 2581 Hillborn Road, Erie, PA 16509-5809 |
| 14367652 | + | Americo Federal Credit Union, 4101 Main Street, Erie, PA 16511-1967 |
| 14367653 | + | Associated Clinical Laboratories, PO Box 71312, Philadelphia, PA 19176-1312 |
| 14367655 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, Attn: Collections, Po Box 1623, Butler, PA 16003 |
| 14367658 | + | Creditech / Cbalv, Attn: Collections, Po Box 99, Bangor, PA 18013-0099 |
| 14367659 | + | Ctech Collection, 5505 Nesconset Highway, Mount Sinai, NY 11766-2037 |
| 14373844 | + | Erie County Tax Claim Bureau, 140 West 6th Street, Room 110, Erie, PA 16501-1073 |
| 14367662 | + | Medicor Associates Inc, 104 East 2nd Street, 2nd Floor, Erie, PA 16507-1532 |
| 14367664 | ++ | PATHOLOGY ASSOCIATES OF ERIE, 5700 SOUTHWYCK BLVD, TOLEDO OH 43614-1509 address filed with court:, Pathology Associates of Erie Inc, 232 West 25th Street, Erie, PA 16544 |
| 14661298 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14661299 | | UPMC Hamot, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14367669 | + | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14367670 | + | UPMC Physician Services, PO Box 382046, Pittsburgh, PA 15250-0001 |
| 14409313 | | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14661300 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | May 25 2022 23:57:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 00:01:44 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 00:01:46 | Wilmington Savings Fund Society, FSB, not in its i, c/o ShellPoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 14367650 | + | Email/Text: bncnotifications@pheaa.org | May 25 2022 23:57:00 | AES, 1200 North 7th Street, Harrisburg, PA 17102-1419 |
| 14367651 | + | Email/Text: bkrpt@retrievalmasters.com | May 25 2022 23:57:00 | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 14367654 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 00:01:20 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14642752 | + | Email/Text: bnc@bass-associates.com | May 25 2022 23:57:00 | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 25, 2022 | Form ID: 300a | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| 14367656 | + | Email/Text: bdsupport@creditmanagementcompany.com | May 25 2022 23:58:00 | Credit Management Company, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14367657 | + | Email/PDF: creditonebknotifications@resurgent.com | May 26 2022 00:01:35 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14672081 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 25 2022 23:58:00 | DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14766245 | | Email/Text: ECMCBKNotices@ecmc.org | May 25 2022 23:57:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14367660 | + | Email/Text: bnc-bluestem@quantum3group.com | May 25 2022 23:58:00 | Fingerhut, 6250 Ridgewood Road, St Cloud, MN 56303-0820 |
| 14369360 | + | Email/Text: bankruptcy@flagshipcredit.com | May 25 2022 23:58:00 | Flagship Credit Acceptance, PO BOX 3807, COPPELL TX 75019-5877 |
| 14367661 | + | Email/Text: bankruptcy@flagshipcredit.com | May 25 2022 23:58:00 | Flagship Credit Acceptance, Po Box 965, Chadds Ford, PA 19317-0643 |
| 14639900 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 00:01:26 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14380844 | | Email/PDF: cbp@onemainfinancial.com | May 26 2022 00:01:30 | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14367663 | + | Email/PDF: cbp@onemainfinancial.com | May 26 2022 00:01:30 | OneMain, Attn: Bankruptcy, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 14398849 | + | Email/Text: bncnotifications@pheaa.org | May 25 2022 23:57:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14772717 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 00:01:23 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14670672 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 00:01:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14373472 | + | Email/PDF: rmscedi@recoverycorp.com | May 26 2022 00:01:46 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14692820 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 00:01:34 | Portfolio Recovery Associate, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14367666 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | May 26 2022 00:01:37 | Regional Finance Corporation, 550 Ohio Pike, Unit F, Cincinnati, OH 45255-3472 |
| 14367667 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 25 2022 23:58:00 | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14907672 | | Email/Text: mtgbk@shellpointmtg.com | May 25 2022 23:57:00 | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14367668 | + | Email/Text: BankruptcyNotice@upmc.edu | May 25 2022 23:58:00 | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |
| 14367669 | ^ | MEBN | May 25 2022 23:52:45 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14367671 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | May 25 2022 23:57:00 | Us Department Of Education, Great Lakes Higher Education, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3192 |
| 14919349 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 00:01:37 | Wilmington Savings Fund Society, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 29

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 25, 2022 | Form ID: 300a | Total Noticed: 43 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DLJ Mortgage Capital, Inc. |
| cr | *+ | Americo Federal Credit Union, 4101 Main Street, Erie, PA 16511-1967 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14373843 | *+ | Associated Clinical Laboratories, PO Box 71312, Philadelphia, PA 19176-1312 |
| 14367665 | ##+ | Penn Credit Corporation, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 27, 2022   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor John Mark Skladanowski dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Elaine Ann Skladanowski dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Edwin W. Smith | on behalf of Creditor Americo Federal Credit Union esmith@shapiralaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6