FILED
5/25/22 8:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JOHN MARK SKLADANOWSKI, | : | Case No. 17-10166-TPA |
| ELAINE ANN SKLADANOWSKI | : | Chapter 13 |
| *Debtors.* | : | |
| | : | Related to Doc. No. 120 |
| RONDA J. WINNECOUR, | : | |
| Chapter 13 Trustee | : | |
| *Movant,* | : | |
| v. | : | |
| SHELLPOINT MORTGAGE | : | |
| SERVICING, | : | |
| *Respondent.* | : | |

## ORDER

On May 23, 2022, Shellpoint Mortgage Servicing filed a ***Response to Notice of Final Cure Payment*** at Doc. No. 120 ("Response"). However, the *Response* states the name of the creditor is "Goldman Sachs Mortgage Company" which does not match the creditor on Claim No. 16. The *Response* also indicates that the filing is being made in the United States Bankruptcy Court for the Eastern District of Pennsylvania. Therefore,

**AND NOW,** this ***24th*** day of ***May, 2022,*** for the reasons stated above, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the *Response* filed at Doc. 120 is ***stricken,*** without prejudice to refiling an appropriate Response on or before June 2, 2022.

Thomas P. Agresti, Judge
United States Bankruptcy Court

dak

Case Administrator to serve:
  Debtors
  Daniel P. Foster, Esq.
  Ronda Winnecour, Chapter 13 Trustee
  Christopher Giacinto, Padgett Law Group, 6267 Old Water Oak Road, Ste. 203, Tallahassee, FL  32312

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10166-TPA |
| John Mark Skladanowski | Chapter 13 |
| Elaine Ann Skladanowski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: May 25, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Mark Skladanowski, Elaine Ann Skladanowski, 2581 Hillborn Road, Erie, PA 16509-5809 |
| | + | Christopher Giacinto, Padgett Law Group, 6267 Old Water Oak Road, Ste. 203, Tallahassee, FL 32312-3858 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Daniel P. Foster | |
| | on behalf of Debtor John Mark Skladanowski dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | |
| | on behalf of Joint Debtor Elaine Ann Skladanowski dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Edwin W. Smith | |
| | on behalf of Creditor Americo Federal Credit Union esmith@shapiralaw.com |
| Office of the United States Trustee | |

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: May 25, 2022 Form ID: pdf900 Total Noticed: 2

        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 6