## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JOHN MARK SKLADANOWSKI
ELAINE ANN SKLADANOWSKI
       Debtor(s)

Case No.:17-10166 TPA

Chapter 13

Ronda J. Winnecour
Chapter 13 Trustee,
       Movant
     vs.
No Respondents.

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2022

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 02/20/2017 and confirmed on 5/15/17 . The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 88,090.32 |
| Less Refunds to Debtor | 1,204.78 | |
| TOTAL AMOUNT OF PLAN FUND | | 86,885.54 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,580.00 | |
| Trustee Fee | 4,055.73 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,635.73 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| WILMINGTON SAVINGS FUND SOCIETY F Acct: 8074 | 0.00 | 0.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIETY F Acct: 8074 | 4,533.92 | 4,533.92 | 0.00 | 4,533.92 |
| WILMINGTON SAVINGS FUND SOCIETY F Acct: 8074 | 0.00 | 46,872.54 | 0.00 | 46,872.54 |
| WILMINGTON SAVINGS FUND SOCIETY F Acct: 8074 | 0.00 | 0.00 | 0.00 | 0.00 |
| ERIE COUNTY TAX CLAIM BUREAU* Acct: 3512 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICO FCU Acct: 7187 | 16,634.00 | 16,634.00 | 2,206.91 | 18,840.91 |
| FLAGSHIP CREDIT ACCEPTANCE Acct: 5352 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 70,247.37 |
| Priority | | | | |
| DANIEL P FOSTER ESQ** Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JOHN MARK SKLADANOWSKI Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JOHN MARK SKLADANOWSKI Acct: | 643.00 | 643.00 | 0.00 | 0.00 |
| JOHN MARK SKLADANOWSKI Acct: | 561.78 | 561.78 | 0.00 | 0.00 |
| FOSTER LAW OFFICES** Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ** Acct: | 3,580.00 | 3,580.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ** Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| ***N O N E*** | | | | |
| Unsecured | | | | |
| ECMC(*) | 15,799.86 | 1,102.83 | 0.00 | 1,102.83 |

17-10166 TPA

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 5645 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| AMERICO FCU | 5,090.63 | 355.33 | 0.00 | 355.33 |
| Acct: 5352 | | | | |
| ASSOCIATED CLINICAL LAB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8015 | | | | |
| ASSOCIATED CLINICAL LAB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3428 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 3,665.33 | 255.84 | 0.00 | 255.84 |
| Acct: 3781 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,370.99 | 165.50 | 0.00 | 165.50 |
| Acct: 3953 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE** | 1,205.22 | 84.12 | 0.00 | 84.12 |
| Acct: 4960 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: PNUI | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 875.79 | 61.13 | 0.00 | 61.13 |
| Acct: 1193 | | | | |
| MEDICOR ASSOCIATES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5007 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 22,311.16 | 1,557.32 | 0.00 | 1,557.32 |
| Acct: 6919 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 7,469.80 | 521.39 | 0.00 | 521.39 |
| Acct: 2814 | | | | |
| UPMC HAMOT | 2,098.69 | 146.49 | 0.00 | 146.49 |
| Acct: 5352 | | | | |
| UPMC COMMUNITY MEDICINE | 678.81 | 47.38 | 0.00 | 47.38 |
| Acct: 5352 | | | | |
| UNIVERSITY OF PITTSBURGH PHYSICIAN | 138.56 | 9.67 | 0.00 | 9.67 |
| Acct: 5352 | | | | |
| UNITED STATES DEPARTMENT OF EDUC/ | 51,936.21 | 3,625.15 | 0.00 | 3,625.15 |
| Acct: 5645 | | | | |
| UPMC HAMOT | 879.87 | 61.41 | 0.00 | 61.41 |
| Acct: 5645 | | | | |
| UPMC COMMUNITY MEDICINE | 127.22 | 8.88 | 0.00 | 8.88 |
| Acct: 5645 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAULA SKLADANOWSKI++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN MEDICAL COLLECTION AGEN( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PATHOLOGY ASSOCIATES OF ERIE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 8,002.44 |

TOTAL PAID TO CREDITORS                                        78,249.81

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 21,167.92 |
| UNSECURED | 114,648.14 |

Date: 05/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JOHN MARK SKLADANOWSKI
    ELAINE ANN SKLADANOWSKI
          Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:17-10166 TPA

Chapter 13

Document No.:

**ORDER OF COURT**

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2).  The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3).  To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4).  Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5).  Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                      Case No. 17-10166-TPA

John Mark Skladanowski                                                      Chapter 13

Elaine Ann Skladanowski

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                        User: auto                            Page 1 of 3

Date Rcvd: May 25, 2022              Form ID: pdf900                    Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | John Mark Skladanowski, Elaine Ann Skladanowski, 2581 Hillborn Road, Erie, PA 16509-5809 |
| 14367652 | + | Americo Federal Credit Union, 4101 Main Street, Erie, PA 16511-1967 |
| 14367653 | + | Associated Clinical Laboratories, PO Box 71312, Philadelphia, PA 19176-1312 |
| 14367655 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, Attn: Collections, Po Box 1623, Butler, PA 16003 |
| 14367658 | + | Creditech / Chalv, Attn: Collections, Po Box 99, Bangor, PA 18013-0099 |
| 14367659 | + | Ctech Collection, 5505 Nesconset Highway, Mount Sinai, NY 11766-2037 |
| 14373844 | + | Erie County Tax Claim Bureau, 140 West 6th Street, Room 110, Erie, PA 16501-1073 |
| 14367662 | + | Medicor Associates Inc, 104 East 2nd Street, 2nd Floor, Erie, PA 16507-1532 |
| 14367664 | ++ | PATHOLOGY ASSOCIATES OF ERIE, 5700 SOUTHWYCK BLVD, TOLEDO OH 43614-1509 address filed with court:, Pathology Associates of Erie Inc, 232 West 25th Street, Erie, PA 16544 |
| 14661298 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14661299 | | UPMC Hamot, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14367669 | + | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14367670 | + | UPMC Physician Services, PO Box 382046, Pittsburgh, PA 15250-0001 |
| 14409313 | | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14661300 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | May 25 2022 23:57:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 00:01:34 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 00:01:37 | Wilmington Savings Fund Society, FSB, not in its i, c/o ShellPoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 14367650 | + | Email/Text: bncnotifications@pheaa.org | May 25 2022 23:57:00 | AES, 1200 North 7th Street, Harrisburg, PA 17102-1419 |
| 14367651 | + | Email/Text: bkrpt@retrievalmasters.com | May 25 2022 23:57:00 | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 14367654 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 00:01:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14642752 | + | Email/Text: bnc@bass-associates.com | May 25 2022 23:57:00 | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |

District/off: 0315-1 | User: auto | Page 2 of 3
---|---|---
Date Rcvd: May 25, 2022 | Form ID: pdf900 | Total Noticed: 43

| 14367656 | + Email/Text: bdsupport@creditmanagementcompany.com | | |
| | | May 25 2022 23:58:00 | Credit Management Company, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14367657 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | May 26 2022 00:01:23 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14672081 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | May 25 2022 23:58:00 | DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14766245 | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | May 25 2022 23:57:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14367660 | + Email/Text: bnc-bluestem@quantum3group.com | | |
| | | May 25 2022 23:58:00 | Fingerhut, 6250 Ridgewood Road, St Cloud, MN 56303-0820 |
| 14369360 | + Email/Text: bankruptcy@flagshipcredit.com | | |
| | | May 25 2022 23:58:00 | Flagship Credit Acceptance, PO BOX 3807, COPPELL TX 75019-5877 |
| 14367661 | + Email/Text: bankruptcy@flagshipcredit.com | | |
| | | May 25 2022 23:58:00 | Flagship Credit Acceptance, Po Box 965, Chadds Ford, PA 19317-0643 |
| 14639900 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 26 2022 00:01:25 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14380844 | Email/PDF: cbp@onemainfinancial.com | | |
| | | May 26 2022 00:01:18 | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14367663 | + Email/PDF: cbp@onemainfinancial.com | | |
| | | May 26 2022 00:01:40 | OneMain, Attn: Bankruptcy, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 14398849 | + Email/Text: bncnotifications@pheaa.org | | |
| | | May 25 2022 23:57:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14772717 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 26 2022 00:01:25 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14670672 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 26 2022 00:01:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14373472 | + Email/PDF: rmscedi@recoverycorp.com | | |
| | | May 26 2022 00:01:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14692820 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 26 2022 00:01:44 | Portfolio Recovery Associate, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14367666 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |
| | | May 26 2022 00:01:37 | Regional Finance Corporation, 550 Ohio Pike, Unit F, Cincinnati, OH 45255-3472 |
| 14367667 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | May 25 2022 23:58:00 | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14907672 | Email/Text: mtgbk@shellpointmtg.com | | |
| | | May 25 2022 23:57:00 | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14367668 | + Email/Text: BankruptcyNotice@upmc.edu | | |
| | | May 25 2022 23:58:00 | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |
| 14367669 | ^ MEBN | | |
| | | May 25 2022 23:52:43 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14367671 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | May 25 2022 23:57:00 | Us Department Of Education, Great Lakes Higher Education, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3192 |
| 14919349 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | May 26 2022 00:01:26 | Wilmington Savings Fund Society, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 29

District/off: 0315-1                        User: auto                        Page 3 of 3
Date Rcvd: May 25, 2022                     Form ID: pdf900                    Total Noticed: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DLJ Mortgage Capital, Inc. |
| cr | *+ | Americo Federal Credit Union, 4101 Main Street, Erie, PA 16511-1967 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14373843 | *+ | Associated Clinical Laboratories, PO Box 71312, Philadelphia, PA 19176-1312 |
| 14367665 | ##+ | Penn Credit Corporation, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 27, 2022                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital  Inc. bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor John Mark Skladanowski dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Elaine Ann Skladanowski dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Edwin W. Smith | on behalf of Creditor Americo Federal Credit Union esmith@shapiralaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6