**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | John Mark Skladanowski |
| Debtor 2 | Elaine Ann Skladanowski |
| United States Bankruptcy Court for the: Western District of Pennsylvania | |
| Case number : | 17-10166-TPA |

# Form 4100R

## Response to Notice of Final Cure Payment                                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** RCF II Loan Acquiarion, LP                **Court claim no.** (if known): **16**

**Last 4 digits** of any number you use to identify the debtor's account: **8074**

**Property Address:**  **2581 Hillborn Road**
                      **Erie, PA 16509**

### Part : 2 Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
    on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on
    the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of
    this response is:                                                                                        $

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the
    Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    The next postpetition payment from the debtor(s) Is due on: 2022-06-01

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of
    the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    Creditor asserts that the total amount remaining unpaid as of the date of this response is:

    a. Total postpetition ongoing payments due:                                                    (a) $

    b. Total fees, charges, expenses, escrow, and costs outstanding:                               + (b) $

    c. **Total**. Add lines a and b.                                                                (c) $

    Creditor asserts that the debtor(s) are contractually
    obligated for the postpetition payment(s) that first became
    due on:

| Debtor 1 | John Mark Skladanowski | | | Case number (if known) | 17-10166-TPA |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Party 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

/s/Julian Cotton         Date 06/02/2022
Signature

| Print: | Julian Cotton | Title | Authorized Agent for Creditor |
|---|---|---|---|
| Company | Padgett Law Group | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | 6267 Old Water Oak Road, Suite 203 |
|---|---|
| | Tallahassee FL, 32312 |
| Contact phone | (850) 422-2520    Email    plginquiries@padgettlawgroup.com |

Form 4100R    **Response to Notice of Final Cure Payment**    page 2

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE WESTERN DISTRICT OF PENNSYLVANIA ERIE**

IN RE: JOHN MARK SKLADANOWSKI,
ELAINE ANN SKLADANOWSKI

Debtor(s)

_____/

No: 17-10166-TPA
CHAPTER 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the __2nd__ day of June, 2022.

/S/ Julian Cotton

JULIAN COTTON
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
plginquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 17-10166-TPA)

Debtor
John Mark Skladanowski
2581 Hillborn Road
Erie, PA 16509

Joint Debtor
Elaine Ann Skladanowski
2581 Hillborn Road
Erie, PA 16509

Attorney
Daniel P. Foster
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

US Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222