```
                                                                    FILED
                                                                    6/3/22 12:12 pm
                IN THE UNITED STATES BANKRUPTCY COURT               CLERK
               FOR THE WESTERN DISTRICT OF PENNSYLVANIA             U.S. BANKRUPTCY
                                                                    COURT - WDPA
```

IN RE:

| | | |
|---|---|---|
| JOHN MARK SKLADANOWSKI, | : | Case No. 17-10166-TPA |
| ELAINE ANN SKLADANOWSKI | : | Chapter 13 |
| *Debtors.* | : | |
| | : | Related to Doc. No. 131 |
| RONDA J. WINNECOUR, | : | |
| Chapter 13 Trustee | : | |
| *Movant,* | : | |
| v. | : | |
| WILMINGTON SAVINGS | : | |
| FUND SOCIETY, FSB, | : | |
| *Respondent.* | : | |

## ORDER

On June 2, 2022, Wilmington Savings Fund Society, FSB filed a ***Response to Notice of Final Cure Payment*** at Doc. No. 131 ("Response"). However, the *Response* states the name of the creditor is "RCF II Loan Acquiarion, LP" which does not match the creditor on Claim No. 16, the creditor named on the Notice of Final Cure Payment at Doc. No. 119, and the creditor selected on the docket as the filing party of the *Response*. Therefore,

***AND NOW***, this *3rd* day of ***June, 2022,*** for the reasons stated above, it is hereby ***ORDERED, ADJUDGED,*** and ***DECREED*** that the *Response* filed at Doc. 131 is ***stricken***, without prejudice to refiling an appropriate Response on or before June 9, 2022.

_____ dak
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Debtors
    Daniel P. Foster, Esq.
    Ronda Winnecour, Chapter 13 Trustee
    Debtors
    Julian Cotton, Padgett Law Group, 6267 Old Water Oak Road, Ste. 203, Tallahassee, FL 32312

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10166-TPA |
| John Mark Skladanowski | Chapter 13 |
| Elaine Ann Skladanowski | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 03, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Mark Skladanowski, Elaine Ann Skladanowski, 2581 Hillborn Road, Erie, PA 16509-5809 |
| | + | Julian Cotton, Padgett Law Group, 6267 Old Water Oak Road, Ste. 203, Tallahassee, FL 32312-3858 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2022          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | |
| | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as trustee for BCAT 2017-19TT cwohlrab@raslg.com |
| Daniel P. Foster | |
| | on behalf of Joint Debtor Elaine Ann Skladanowski dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | |
| | on behalf of Debtor John Mark Skladanowski dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: Jun 03, 2022 | Form ID: pdf900 | Total Noticed: 2

Edwin W. Smith
    on behalf of Creditor Americo Federal Credit Union esmith@shapiralaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7