# ECMC

P.O. Box 64909, St. Paul, MN 55164-0909    P 651-221-0566    www.ecmc.org

June 8, 2022

Clerk of U.S. Bankruptcy Court
Pennsylvania Western Bankruptcy Court
U.S. Courthouse
Room B160
17 South Park Row
Erie, PA 16501

RE: Elaine A. Skladanowski
SSN: XXX-XX-5645
BANKRUPTCY CASE#: 17-10116-TPA

Dear Clerk:

Please withdraw claim #4 filed by Educational Credit Management Corporation (ECMC) in the amount of $15,799.86 filed on April 7, 2017. This debt has been approved for disability write off.

Thank you for your cooperation in this matter. If you have any further questions, you may contact me at (651) 221-0566 X 5509.

Sincerely,

*[signature]*

Debra Wilcoxson
Operations Specialist Senior
ECMC
P.O. Box 16408
St. Paul, MN 55116-0408