| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | John Mark Skladanowski<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5352<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Elaine Ann Skladanowski<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5645<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:    17–10166–TPA | | |

## Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   John Mark Skladanowski                                    Elaine Ann Skladanowski

   <u>7/14/22</u>                                                                **By the court:** <u>Thomas P. Agresti</u>
                                                                                                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

                                                                           **For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-10166-TPA
John Mark Skladanowski  Chapter 13
Elaine Ann Skladanowski
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 4
Date Rcvd: Jul 14, 2022     Form ID: 3180W     Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Mark Skladanowski, Elaine Ann Skladanowski, 2581 Hillborn Road, Erie, PA 16509-5809 |
| 14367652 | + | Americo Federal Credit Union, 4101 Main Street, Erie, PA 16511-1967 |
| 14367653 | + | Associated Clinical Laboratories, PO Box 71312, Philadelphia, PA 19176-1312 |
| 14367655 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, Attn: Collections, Po Box 1623, Butler, PA 16003 |
| 14367658 | + | Creditech / Cbalv, Attn: Collections, Po Box 99, Bangor, PA 18013-0099 |
| 14367659 | + | Ctech Collection, 5505 Nesconset Highway, Mount Sinai, NY 11766-2037 |
| 14373844 | + | Erie County Tax Claim Bureau, 140 West 6th Street, Room 110, Erie, PA 16501-1073 |
| 14367662 | + | Medicor Associates Inc, 104 East 2nd Street, 2nd Floor, Erie, PA 16507-1532 |
| 14367664 | ++ | PATHOLOGY ASSOCIATES OF ERIE, 5700 SOUTHWYCK BLVD, TOLEDO OH 43614-1509 address filed with court:, Pathology Associates of Erie Inc, 232 West 25th Street, Erie, PA 16544 |
| 14367665 | + | Penn Credit Corporation, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |
| 15488391 | | RCF II Loan Acquisition, LP, PO Box 10826 Greenville, SC 29603-0826 |
| 15496972 | + | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14661298 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14661299 | | UPMC Hamot, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14367670 | + | UPMC Physician Services, PO Box 382046, Pittsburgh, PA 15250-0001 |
| 14409313 | | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14661300 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jul 15 2022 03:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 14 2022 23:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jul 15 2022 03:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 14 2022 23:30:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | Email/Text: ECMCBKNotices@ecmc.org | Jul 14 2022 23:30:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + EDI: PRA.COM | Jul 15 2022 03:28:00 | PRA Receivables Management LLC, POB 41067, |

Case 17-10166-TPA   Doc 147   Filed 07/16/22   Entered 07/17/22 00:25:09   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: 3180W | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2022 23:33:42 | Wilmington Savings Fund Society, FSB, not in its i, c/o ShellPoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 14 2022 23:29:00 | Wilmington Savings Fund Society, FSB, not in its i, 10700 Abbotts Bridge Road, Suite 170, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14367650 | + | Email/Text: bncnotifications@pheaa.org | Jul 14 2022 23:29:00 | AES, 1200 North 7th Street, Harrisburg, PA 17102-1419 |
| 14367651 | + | EDI: RMCB.COM | Jul 15 2022 03:28:00 | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 14367654 | + | EDI: CAPITALONE.COM | Jul 15 2022 03:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14642752 | + | EDI: BASSASSOC.COM | Jul 15 2022 03:28:00 | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14367656 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 14 2022 23:30:00 | Credit Management Company, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14367657 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 14 2022 23:33:40 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14672081 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 14 2022 23:30:00 | DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14766245 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 14 2022 23:30:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14367660 | + | EDI: BLUESTEM | Jul 15 2022 03:28:00 | Fingerhut, 6250 Ridgewood Road, St Cloud, MN 56303-0820 |
| 14369360 | + | Email/Text: bankruptcy@flagshipcredit.com | Jul 14 2022 23:30:00 | Flagship Credit Acceptance, PO BOX 3807, COPPELL TX 75019-5877 |
| 14367661 | + | Email/Text: bankruptcy@flagshipcredit.com | Jul 14 2022 23:30:00 | Flagship Credit Acceptance, Po Box 965, Chadds Ford, PA 19317-0643 |
| 14639900 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2022 23:33:42 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14380844 | | EDI: AGFINANCE.COM | Jul 15 2022 03:28:00 | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14367663 | + | EDI: AGFINANCE.COM | Jul 15 2022 03:28:00 | OneMain, Attn: Bankruptcy, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 14398849 | + | Email/Text: bncnotifications@pheaa.org | Jul 14 2022 23:29:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14772717 | | EDI: PRA.COM | Jul 15 2022 03:28:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14670672 | | EDI: PRA.COM | Jul 15 2022 03:28:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14373472 | + | EDI: RECOVERYCORP.COM | Jul 15 2022 03:28:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14692820 | + | EDI: PRA.COM | Jul 15 2022 03:28:00 | Portfolio Recovery Associate, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14367666 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 14 2022 23:33:51 | Regional Finance Corporation, 550 Ohio Pike, Unit F, Cincinnati, OH 45255-3472 |
| 14367667 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 14 2022 23:30:00 | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |

Case 17-10166-TPA    Doc 147    Filed 07/16/22    Entered 07/17/22 00:25:09    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: 3180W | Total Noticed: 49 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14907672 | | Email/Text: mtgbk@shellpointmtg.com | Jul 14 2022 23:29:00 | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14367668 | + | Email/Text: BankruptcyNotice@upmc.edu | Jul 14 2022 23:30:00 | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |
| 14367669 | ^ | MEBN | Jul 14 2022 23:26:52 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14367671 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jul 14 2022 23:29:00 | Us Department Of Education, Great Lakes Higher Education, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3192 |
| 14919349 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2022 23:33:42 | Wilmington Savings Fund Society, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DLJ Mortgage Capital, Inc. |
| cr | | RCF II Loan Acquisition, LP |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | *+ | Americo Federal Credit Union, 4101 Main Street, Erie, PA 16511-1967 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14373843 | *+ | Associated Clinical Laboratories, PO Box 71312, Philadelphia, PA 19176-1312 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:

**Name**          **Email Address**

Brian Nicholas
    on behalf of Creditor DLJ Mortgage Capital  Inc. bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com

Charles Griffin Wohlrab
    on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as trustee for BCAT 2017-19TT cwohlrab@raslg.com

Daniel P. Foster
    on behalf of Joint Debtor Elaine Ann Skladanowski dan@mrdebtbuster.com

District/off: 0315-1 | User: auto | Page 4 of 4
Date Rcvd: Jul 14, 2022 | Form ID: 3180W | Total Noticed: 49

    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
    on behalf of Debtor John Mark Skladanowski dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Edwin W. Smith
    on behalf of Creditor Americo Federal Credit Union esmith@shapiralaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8