IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/14/22 11:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  JOHN MARK SKLADANOWSKI
  ELAINE ANN SKLADANOWSKI
      Debtor(s)

  Ronda J. Winnecour
      Movant
  vs.
  No Repondents.

Case No.:17-10166 TPA

Chapter 13

Document No.:124

ORDER OF COURT

AND NOW, this __14th__ day of __July__, 20_22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    dak

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10166-TPA |
| John Mark Skladanowski | Chapter 13 |
| Elaine Ann Skladanowski | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Jul 14, 2022 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Mark Skladanowski, Elaine Ann Skladanowski, 2581 Hillborn Road, Erie, PA 16509-5809 |
| 14367652 | + | Americo Federal Credit Union, 4101 Main Street, Erie, PA 16511-1967 |
| 14367653 | + | Associated Clinical Laboratories, PO Box 71312, Philadelphia, PA 19176-1312 |
| 14367655 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center, Attn: Collections, Po Box 1623, Butler, PA 16003 |
| 14367658 | + | Creditech / Cbalv, Attn: Collections, Po Box 99, Bangor, PA 18013-0099 |
| 14367659 | + | Ctech Collection, 5505 Nesconset Highway, Mount Sinai, NY 11766-2037 |
| 14373844 | + | Erie County Tax Claim Bureau, 140 West 6th Street, Room 110, Erie, PA 16501-1073 |
| 14367662 | + | Medicor Associates Inc, 104 East 2nd Street, 2nd Floor, Erie, PA 16507-1532 |
| 14367664 | ++ | PATHOLOGY ASSOCIATES OF ERIE, 5700 SOUTHWYCK BLVD, TOLEDO OH 43614-1509 address filed with court:, Pathology Associates of Erie Inc, 232 West 25th Street, Erie, PA 16544 |
| 14367665 | + | Penn Credit Corporation, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |
| 15488391 | | RCF II Loan Acquisition, LP, PO Box 10826 Greenville, SC 29603-0826 |
| 15496972 | + | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14661298 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14661299 | | UPMC Hamot, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14367670 | + | UPMC Physician Services, PO Box 382046, Pittsburgh, PA 15250-0001 |
| 14409313 | | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14661300 | | University of Pittsburgh Physicians, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jul 14 2022 23:30:00 | ECMC, ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 23:33:58 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2022 23:33:50 | Wilmington Savings Fund Society, FSB, not in its i, c/o ShellPoint Mortgage Servicing, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 14 2022 23:29:00 | Wilmington Savings Fund Society, FSB, not in its i, 10700 Abbotts Bridge Road, Suite 170, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14367650 | + | Email/Text: bncnotifications@pheaa.org | Jul 14 2022 23:29:00 | AES, 1200 North 7th Street, Harrisburg, PA 17102-1419 |
| 14367651 | + | Email/Text: bkrpt@retrievalmasters.com | Jul 14 2022 23:30:00 | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 14367654 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 14 2022 23:33:47 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 17-10166-TPA   Doc 148   Filed 07/16/22   Entered 07/17/22 00:25:09   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: pdf900 | Total Noticed: 47 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14642752 | + | Email/Text: bnc@bass-associates.com | Jul 14 2022 23:29:00 | Cavalry Spv I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14367656 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 14 2022 23:30:00 | Credit Management Company, 2121 Noblestown Road, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 14367657 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 14 2022 23:33:40 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14672081 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 14 2022 23:30:00 | DLJ Mortgage Capital, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14766245 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 14 2022 23:30:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14367660 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 14 2022 23:30:00 | Fingerhut, 6250 Ridgewood Road, St Cloud, MN 56303-0820 |
| 14369360 | + | Email/Text: bankruptcy@flagshipcredit.com | Jul 14 2022 23:30:00 | Flagship Credit Acceptance, PO BOX 3807, COPPELL TX 75019-5877 |
| 14367661 | + | Email/Text: bankruptcy@flagshipcredit.com | Jul 14 2022 23:30:00 | Flagship Credit Acceptance, Po Box 965, Chadds Ford, PA 19317-0643 |
| 14639900 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2022 23:33:50 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14380844 | | Email/PDF: cbp@onemainfinancial.com | Jul 14 2022 23:33:38 | ONEMAIN FINANCIAL, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14367663 | + | Email/PDF: cbp@onemainfinancial.com | Jul 14 2022 23:33:38 | OneMain, Attn: Bankruptcy, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 14398849 | + | Email/Text: bncnotifications@pheaa.org | Jul 14 2022 23:29:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14772717 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 23:33:41 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14670672 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 23:33:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14373472 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 14 2022 23:33:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14692820 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 23:33:56 | Portfolio Recovery Associate, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14367666 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jul 14 2022 23:33:51 | Regional Finance Corporation, 550 Ohio Pike, Unit F, Cincinnati, OH 45255-3472 |
| 14367667 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 14 2022 23:30:00 | Select Portfolio Servicing, Inc, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14907672 | | Email/Text: mtgbk@shellpointmtg.com | Jul 14 2022 23:29:00 | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14367668 | + | Email/Text: BankruptcyNotice@upmc.edu | Jul 14 2022 23:30:00 | UPMC Hamot, 201 State Street, Erie, PA 16550-0001 |
| 14367669 | ^ | MEBN | Jul 14 2022 23:26:51 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14367671 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jul 14 2022 23:29:00 | Us Department Of Education, Great Lakes Higher Education, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3192 |
| 14919349 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2022 23:33:50 | Wilmington Savings Fund Society, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

Case 17-10166-TPA    Doc 148    Filed 07/16/22    Entered 07/17/22 00:25:09    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: pdf900 | Total Noticed: 47 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DLJ Mortgage Capital, Inc. |
| cr | | RCF II Loan Acquisition, LP |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | *+ | Americo Federal Credit Union, 4101 Main Street, Erie, PA 16511-1967 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14373843 | *+ | Associated Clinical Laboratories, PO Box 71312, Philadelphia, PA 19176-1312 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2022           Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com |
| Charles Griffin Wohlrab | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as trustee for BCAT 2017-19TT cwohlrab@raslg.com |
| Daniel P. Foster | on behalf of Joint Debtor Elaine Ann Skladanowski dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Debtor John Mark Skladanowski dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Edwin W. Smith | on behalf of Creditor Americo Federal Credit Union esmith@shapiralaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8