**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOHN MARK SKLADANOWSKI<br>ELAINE ANN SKLADANOWSKI<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:17-10166 TPA<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 02/20/2017 and confirmed on 05/15/2017 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 88,090.32 |
| Less Refunds to Debtor | 1,204.78 | |
| TOTAL AMOUNT OF PLAN FUND | | 86,885.54 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,580.00 | |
| Trustee Fee | 4,056.38 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,636.38 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| WILMINGTON SAVINGS FUND SOCIETY F<br>Acct: 8074 | 0.00 | 0.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIETY F<br>Acct: 8074 | 4,533.92 | 4,533.92 | 0.00 | 4,533.92 |
| WILMINGTON SAVINGS FUND SOCIETY F<br>Acct: 8074 | 0.00 | 46,872.54 | 0.00 | 46,872.54 |
| WILMINGTON SAVINGS FUND SOCIETY F<br>Acct: 8074 | 0.00 | 0.00 | 0.00 | 0.00 |
| ERIE COUNTY TAX CLAIM BUREAU*<br>Acct: 3512 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICO FCU<br>Acct: 7187 | 16,634.00 | 16,634.00 | 2,206.91 | 18,840.91 |
| FLAGSHIP CREDIT ACCEPTANCE<br>Acct: 5352 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 70,247.37 |
| Priority | | | | |
| DANIEL P FOSTER ESQ**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 17-10166 TPA | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| JOHN MARK SKLADANOWSKI  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JOHN MARK SKLADANOWSKI  Acct: | 643.00 | 643.00 | 0.00 | 0.00 |
| JOHN MARK SKLADANOWSKI  Acct: | 561.78 | 561.78 | 0.00 | 0.00 |
| FOSTER LAW OFFICES**  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ**  Acct: | 3,580.00 | 3,580.00 | 0.00 | 0.00 |
| DANIEL P FOSTER ESQ**  Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| RONDA J WINNECOUR TRUSTEE/CLERK  Acct: XXXXXXXXXXXXXXXXTION | 579.09 | 579.09 | 0.00 | 579.09 |
| | | | | 579.09 |
| **Unsecured** | | | | |
| ECMC(*)  Acct: 5645 | 0.00 | 0.00 | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVCS)  Acct: 0002 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICO FCU  Acct: 5352 | 5,090.63 | 412.09 | 0.00 | 412.09 |
| ASSOCIATED CLINICAL LAB  Acct: 8015 | 0.00 | 0.00 | 0.00 | 0.00 |
| ASSOCIATED CLINICAL LAB  Acct: 3428 | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LL  Acct: 3781 | 3,665.33 | 296.71 | 0.00 | 296.71 |
| PORTFOLIO RECOVERY ASSOCIATES, LL  Acct: 3953 | 2,370.99 | 191.93 | 0.00 | 191.93 |
| CAVALRY SPV I LLC - ASSIGNEE**  Acct: 4960 | 1,205.22 | 97.56 | 0.00 | 97.56 |
| COLLECTION SERVICE CENTER INC  Acct: PNUI | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE  Acct: 1193 | 875.79 | 70.90 | 0.00 | 70.90 |
| MEDICOR ASSOCIATES INC  Acct: 5007 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC - /  Acct: 6919 | 22,311.16 | 1,806.09 | 0.00 | 1,806.09 |
| PRA RECEIVABLES MANAGEMENT LLC - /  Acct: 2814 | 7,469.80 | 604.68 | 0.00 | 604.68 |
| UPMC HAMOT  Acct: 5352 | 2,098.69 | 169.89 | 0.00 | 169.89 |
| UPMC COMMUNITY MEDICINE  Acct: 5352 | 678.81 | 54.95 | 0.00 | 54.95 |
| UNIVERSITY OF PITTSBURGH PHYSICIAN  Acct: 5352 | 138.56 | 11.22 | 0.00 | 11.22 |
| UNITED STATES DEPARTMENT OF EDUC,  Acct: 5645 | 51,936.21 | 3,625.15 | 0.00 | 3,625.15 |
| UPMC HAMOT  Acct: 5645 | 879.87 | 71.23 | 0.00 | 71.23 |
| UPMC COMMUNITY MEDICINE  Acct: 5645 | 127.22 | 10.30 | 0.00 | 10.30 |
| SYNCHRONY BANK  Acct: XXXXXPRAE | 0.00 | 0.00 | 0.00 | 0.00 |
| BRIAN C NICHOLAS ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 17-10166 TPA | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | PAULA SKLADANOWSKI++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AMERICAN MEDICAL COLLECTION AGENC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PATHOLOGY ASSOCIATES OF ERIE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 7,422.70 |

| TOTAL PAID TO CREDITORS | | 78,249.16 |
|---|---|---|

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 579.09 |
| SECURED | 21,167.92 |
| UNSECURED | 98,848.28 |

Date: 09/16/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com